HOUSING AUTHORITY OF THE CITY OF NEW HAVEN
*v.* DAWN MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 802 (AC 26183), is denied.

*Shelley White,* in support of the petition.

Decided September 13, 2006

JAMES C. SERVELLO *v.* COMMISSIONER OF CORRECTION

The petitioner James C. Servello's petition for certification for appeal from the Appellate Court, 95 Conn. App. 753 (AC 26215), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David J. Reich,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided September 13, 2006

STATE OF CONNECTICUT *v.* ROY D.

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 686 (AC 26218), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided September 13, 2006